FILED

**IN THE UNITED STATES DISTRICT COURT FOR THE   MAY 0 2 2023
NORTHERN DISTRICT OF WEST VIRGINIA**

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

Criminal No. _1:23 cr 21    TSK/mJA_

v.

**Violations:**    18 U.S.C. § 2
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846

**DORIAN MYLES,
JOHN THOMAS,
SHAKUR JONES, and
NOLAN EICKLEBERRY,**

Defendants.

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (Conspiracy to Distribute Controlled Substances)

From in or about September of 2022, to on or about January 20, 2023, in Monongalia County, in the Northern District of West Virginia, and elsewhere, defendants, **DORIAN MYLES, JOHN THOMAS, SHAKUR JONES, and NOLAN EICKLEBERRY,** and others did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and to distribute methamphetamine, cocaine base, also known as "crack," and fentanyl, all Schedule II narcotic controlled substances, in violation of Title 21, United States Code, Sections 841(b)(1)(C), and 846.

## COUNT TWO

### (Distribution of Methamphetamine)

On or about September 28, 2022, in Monongalia County, in the Northern District of West Virginia, defendant **JOHN THOMAS**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

## COUNT THREE

### (Possession with Intent to Distribute Fentanyl)

On or about November 10, 2022, in Monongalia County, in the Northern District of West Virginia, defendant **JOHN THOMAS**, did unlawfully, knowingly, intentionally, and without authority possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

## COUNT FOUR

### (Possession with Intent to Distribute Cocaine Base)

On or about November 10, 2022, in Monongalia County, in the Northern District of West Virginia, defendant **JOHN THOMAS**, did unlawfully, knowingly, intentionally, and without authority possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

## COUNT FIVE

### (Distribution of Fentanyl)

On or about November 30, 2022, in Monongalia County, in the Northern District of West Virginia, defendant **DORIAN MYLES**, did unlawfully, knowingly, intentionally and without authority distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

## COUNT SIX

### (Distribution of Fentanyl)

On or about December 2, 2022, in Monongalia County, in the Northern District of West Virginia, defendant **DORIAN MYLES**, did unlawfully, knowingly, intentionally and without authority distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

## COUNT SEVEN

### (Aiding and Abetting the Distribution of Fentanyl)

On or about December 22, 2022, in Monongalia County, in the Northern District of West Virginia, defendant **JOHN THOMAS**, aided and abetted by defendant **DORIAN MYLES.** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHT

**(Aiding and Abetting the Distribution of Methamphetamine)**

On or about December 22, 2022, in Monongalia County, in the Northern District of West Virginia, defendant **JOHN THOMAS**, aided and abetted by defendant **DORIAN MYLES,** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT NINE

**(Aided and Abetting the Distribution of Methamphetamine)**

On or about January 19, 2023, in Monongalia County, in the Northern District of West Virginia, defendant **DORIAN MYLES,** aided and abetted by defendant **NOLAN EICKLEBERRY**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TEN

### (Possession with Intent to Distribute Methamphetamine)

On or about January 19, 2023, in Monongalia County, in the Northern District of West Virginia, defendants **DORIAN MYLES, SHAKUR JONES, and NOLAN EICKLEBERRY**, did unlawfully, knowingly, intentionally, and without authority possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Zelda E. Wesley
Assistant United States Attorney