Case 1:23-cr-00021-TSK-MJA   Document 22-9   Filed 07/12/23   Page 1 of 2   PageID #: 70
Case 2:23-mj-30232-DUTY ECF No. 11, PageID.17 Filed 07/05/23 Page 1 of 2
Case 1:23-mc-00034-TSK-MJA Document 9, Filed 07/07/23 Page 1 of 2 PageID #: 43

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                              Criminal No. 1:23CR21
                                                    (Chief Judge Kleeh)

**DORIAN MYLES,**

    **Defendant.**

### ORDER GRANTING-IN-PART THE GOVERNMENT'S MOTION
### FOR REVIEW OF RELEASE ORDER [ECF NO. 10]

On July 5, 2023, the Government moved the Court under 18 U.S.C. § 3145(a)(1) to stay, review, and revoke the order releasing the defendant, Dorian Myles ("Myles"), on bond pending trial issued by the Honorable Anthony Patti, a United States Magistrate Judge for the United States District Court for the Eastern District of Michigan [ECF No. 10] (see E.D. Mi. Case No. 2:23mj21).

Finding good cause, the Court **GRANTS-IN-PART** the Government's motion, **STAYS** the release order, and **DETAINS** Myles until the Court holds a hearing and rules on the merits of the motion. The Court **SCHEDULES** a hearing on the motion for **July 25, 2023, at 1:00 PM**, at the **Wheeling**, **West Virginia, point of holding court (South Courtroom).**[1]  The Government shall file a supplement to its motion,

---

[1] See Case No. 1:23-MC-34.

USA V. MYLES                                                              1:23cr21

**ORDER GRANTING-IN-PART THE GOVERNMENT'S MOTION
FOR REVIEW OF RELEASE ORDER [ECF NO. 10]**

if any, **no later than July 12, 2023,** and the defendant shall his response **no later than July 19, 2023.** The Court further **DIRECTS** the United States Marshal, or his authorized deputy, to transport Myles to this District for the motion hearing.

    The Clerk shall provide a copy of this Order to counsel of record and all appropriate agencies by electronic means.

Dated: July 5, 2023

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA