UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                              Criminal No. 1:23CR21
                                                                         (Kleeh)

**DORIAN MYLES,**

    **Defendant.**

**ORDER GRANTING THE GOVERNMENT'S MOTION
FOR REVIEW OF RELEASE ORDER [ECF NO. 10]**

On July 5, 2023, the Government filed a motion pursuant to 18 U.S.C. § 3145(a)(1) asking the Court to stay, review, and revoke the order releasing the defendant, Dorian Myles ("Myles") [ECF No. 10]. Myles had been released on bond pending trial by the Honorable Anthony Patti, a United States Magistrate Judge for the United States District Court for the Eastern District of Michigan [ECF No. 22]. The Court granted in part the Government's motion, stayed the magistrate judge's release order, and detained Myles pending ruling on the merits of the Government's motion [ECF No. 11].

At a hearing on July 26, 2023, the Court conducted a de novo review of the release order and, after hearing evidence and oral argument, for the reasons stated on the record, found as follows:

USA V. MYLES                                                                          1:23cr21

## ORDER GRANTING THE GOVERNMENT'S MOTION
## FOR REVIEW OF RELEASE ORDER [ECF NO. 10]

(1) The factors set forth in 18 U.S.C. § 3142(g) weigh in favor of Myles's detention;

(2) Myles did not rebut the presumption in favor of detention arising under 18 U.S.C. § 3142(e)(3) based the nature of his offenses; and

(3) The United States met its burden of proving that no condition or combination of conditions of release would reasonably assure Myles's presence, by a preponderance of the evidence, and reasonably assure the safety of any other person and the community, by clear and convincing evidence.

The Court therefore **GRANTED** the Government's motion [ECF No. 10], **REVOKED** the magistrate judge's release order, and **ORDERED** that Myles be detained pending trial.

The Clerk shall provide a copy of this Order to counsel of record and all appropriate agencies by electronic means.

Dated: July 26, 2023

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA