**IN THE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                                                  **Criminal Action No. 1:23-CR-21**

**DORIAN KRISTOPHER MYLES,**

        **Defendant.**

**NOTICE OF APPEAL REGARDING DETENTION IN A CRIMINAL CASE**

      **NOTICE IS HEREBY GIVEN** that the defendant in the above-captioned case, Dorian Kristopher Myles, by his counsel, Sean B. Shriver, Esq., seeks to appeal to the United States Court of Appeals for the Fourth Circuit from the order of the district court granting the Government's Motion to Detain Mr. Myles, entered on July 26, 2023 pursuant to Rule 4(b)(1)(A) and Rule 9(a) of the Federal Rules of Appellate Procedure.

                                                                         Respectfully submitted,

                                                                  **DORIAN KRISTOPHER MYLES**

                                                                             By Counsel,

*/s/ Sean B. Shriver*
Sean B. Shriver, Esq.
WVSB # 14029
Northern District of West Virginia
230 West Pike Street, Suite 360
Clarksburg, WV 263301
Office - 304-622-3823 | Fax - 304-622-4631

**CERTIFICATION OF SERVICE**

I hereby certify that on August 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

**Zelda Wesley, Esq.**
Assistant United States Attorney
United States Attorney's Office – Clarksburg
300 W. Pike Street
Clarksburg, West Virginia, 26301
(304) 623-7030

By:

*/s/ Sean B. Shriver*
Sean B. Shriver, Esq.
WVSB # 14029
Northern District of West Virginia
230 West Pike Street, Suite 360
Clarksburg, WV 263301
Office - 304-622-3823 | Fax - 304-622-4631