FILED: August 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4513
(1:23-cr-00021-TSK-MJA-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DORIAN MYLES

    Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Defender for the Northern District of West Virginia at Clarksburg to represent Dorian Myles in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk